FILED
March 21, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> LILA MIA LUCERO, ) <br> Defendant. ) <br> ) | Case No. 2:12-mj-00080-EFB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release LILA MIA LUCERO, Case No. 2:12-mj-00080-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____ Release on Personal Recognizance

__X__ Bail Posted in the Sum of: $25,000.00.

    __X__ Unsecured Appearance Bond

    ____ Secured Appearance Bond

    __X__ (Other) Conditions as stated on the record.

    __X__ (Other) The Defendant is to be released on April 4, 2012 at 9:00 a.m. to the custody of the Pretrial Services Officer for transport to The Effort drug treatment program.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _3/21/2012_ at _2:45 p.m._

By _____
Edmund F. Brennan
United States Magistrate Judge